FILED

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0491

RANDY DENNISON,

Petitioner,

v.

MIKE LINDER, Yellowstone County Sherriff,
YELLOWSTONE COUNTY DETENTION
FACILTY, JOHN RYAN, Yellowstone
County Attorney's Office, and HON. BRETT
LINNEWEBER,

Respondents.

O R D E R

FILED

OCT 1 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Petitioner Randy Dennison has filed a "Motion to Amend Information" one day after this Court issued its Order denying his petition for habeas corpus relief. We deem his motion a petition for rehearing under our rules.

M. R. App. P. 20(1) provides criteria for rehearing. This Court "will consider a petition for rehearing presented only upon . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

Dennison contends that this Court should grant his writ for relief and dismiss his four pending cases in the Yellowstone County District Court. He states that he has not had "a meaningful hearing" on the State's Petition to Revoke. Dennison mentions that he has been held for four months on excessive bail of $100,000.

This Court addressed Dennison's claims about bail and due process violations in our prior Order, resulting in its denial. As stated before, Dennison has not demonstrated

illegal incarceration pursuant to § 46-22-101(1), MCA. Dennison provides no basis or criteria to warrant a rehearing here. Accordingly,

IT IS ORDERED that Dennison's Motion to Amend Information, deemed a Petition for Rehearing, is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Brett D. Linneweber, District Court Judge; Terry Halpin, Clerk of District Court, Yellowstone County, under Cause Nos. DC-2020-948, DC-2020-1138, DC-2020-1386, and DC-2021-665; Sheriff Mike Linder; John Ryan, Yellowstone County Attorney's Office; J. Tomicich, Defense Counsel; counsel of record, and to Randy Dennison personally.

DATED this 18 day of October, 2022.

 

 

_____

_____

_____

_____

_____
Justices

2